UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KEVIN E. LOADER,<br><br>                Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. CV-19-026-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to the Memorandum and Order (Doc. 14), Judgment is entered in favor the Defendant and against Plaintiff.

      Dated this 14th day of April 2021.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Heidi Gauthier
                              Heidi Gauthier, Deputy Clerk